COLLIARD V. MENU FOODS, INC. et al                                                    Doc. 2
Case 1:07-cv-03670-NLH-AMD    Document 2    Filed 08/06/2007    Page 1 of 2
CM/ECF - casd - Docket Report                                         Page 1 of 2

CLOSED, STAYED

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00951-JAH-CAB
### Internal Use Only

Colliard v. Menu Foods, Inc. et al
Assigned to: Judge John A. Houston
Referred to: Magistrate Judge Cathy Ann
Bencivengo
Demand: $5,000,000
Cause: 28:1332 Diversity-Injunctive & Declaratory
Relief

Date Filed: 05/24/2007
Date Terminated: 08/06/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj.
Prod. Liability
Jurisdiction: Diversity

## Plaintiff

**John Colliard**
*as an individual consumer, and on*
*behalf of all others similarly*
*situated*

represented by **Harold M Hewell**
Hewell Law Firm APC
402 West Broadway
Fourth Floor
San Diego, CA 92101
(619)235-6854
Fax: (619)235-9122
Email: hmhewell@hewell-
lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Menu Foods, Inc.**
*a New Jersey corporation*

represented by **Susan Moriarty Hack**
Higgs Fletcher and Mack
401 West A Street
Suite 2600
San Diego, CA 92101
(619)236-1551
Fax: (619)696-1410
Email: hack@higgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



Dockets.Justia.com

**Defendant**

**Chemnutra, Inc.**

*a Delaware corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2007 | ●1 | COMPLAINT t/w Jury Demand against Menu Foods, Inc., Chemnutra, Inc. (Filing fee $ 350, receipt #138588), filed by John Colliard.(jcj) (mam). (Entered: 05/25/2007) |
| 05/25/2007 | ●2 | Summons Issued as to Menu Foods, Inc., Chemnutra, Inc.. (jah) (Entered: 05/25/2007) |
| 07/03/2007 | ●3 | NOTICE of Multidistrict Consolidation and Request to Maintain Stay by Menu Foods, Inc. (jah) (Entered: 07/05/2007) |
| 07/13/2007 | ●4 | ORDER granting request to maintain stay. Signed by Judge Irma E. Gonzalez on 07/12/07. (jpp) (Entered: 07/13/2007) |
| 07/16/2007 | ●5 | NOTICE by Menu Foods, Inc. *OF RELATED CASES, PURSUANT TO LOCAL RULE 40.1(e)* (Hack, Susan) Modified on 7/17/2007 to reflect Low Number Order prepared. (jpp, ). (Entered: 07/16/2007) |
| 07/25/2007 | ●6 | ORDER granting Defendant Menu Foods, Inc's 3 Request to Maintain Stay. Signed by Judge Irma E. Gonzalez on 7/12/2007. (jah) (Entered: 07/25/2007) |
| 07/25/2007 | ●7 | ORDER REASSIGNING CASE. Report of Clerk and Order of Transfer pursuant to "Low-Number" Rule. Case reassigned to Judge John A. Houston and Cathy Ann Bencivengo for all further proceedings. Judge Irma E. Gonzalez, Barbara Lynn Major no longer assigned to case. Signed by Judge Irma E. Gonzalez and Judge John A. Houston on 07/23/07. New Case # 07CV0951-JAH(CAB).(jpp) (Entered: 07/25/2007) |
| 08/06/2007 | ●8 | Case transferred to District of New Jersey pursuant to MDL 1850.(bar) (Entered: 08/06/2007) |